## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## Judge John L. Kane

Civil Action No. 1:10-cv-01473-JLK

PAULINE J. BOHUS and HARVEY YAVENER,
derivatively on behalf of nominal defendant
OPPENHEIMER CHAMPION INCOME FUND,

      Plaintiff,

v.

ANGELO MANIOUDAKIS,
JOHN V. MURPHY,
BRIAN W. WIXTED,
WILLIAM L. ARMSTRONG,
ROBERT G. AVIS,
GEORGE C. BOWEN,
EDWARD L. CAMERON,
JON S. FOSSEL,
SAM FREEDMAN,
BEVERLY L. HAMILTON,
ROBERT J. MALONE and
F. WILLIAM MARSHALL,

      Defendants

and

OPPENHEIMER CHAMPION INCOME FUND,

      Nominal Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR A STAY OF THE PROCEEDINGS
---

Kane, J.

      This above-entitled matter, having come before the Court on the parties Stipulated Motion for Extension of Time, the Court, having reviewed the pleadings filed herein and being

otherwise fully advised in the premises, hereby GRANTS the Stipulated Motion and ORDERS that:

1.  The above-captioned matter is stayed until the parties submit their settlement for approval by the Court.

Dated this 6th day of February, 2012.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE