# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge John L. Kane

Civil Action No. 1:10-cv-01473-JLK

PAULINE J. BOHUS and HARVEY YAVENER, derivatively on behalf of the OPPENHEIMER CHAMPION INCOME FUND,

    Plaintiffs,

  v.

ANGELO MANIOUDAKIS, WILLIAM L. ARMSTRONG, GEORGE C. BOWEN, EDWARD L. CAMERON, JON S. FOSSEL, SAM FREEDMAN, BEVERLY L. HAMILTON, ROBERT L. MALONE, WILLIAM MARSHALL, JR., JOHN V. MURPHY and OPPENHEIMERFUNDS, INC.,

    Defendants,

  -and-

OPPENHEIMER CHAMPION INCOME FUND,

    Nominal Defendant.

___

### ORDER re Doc. 19
___

Kane, J.

This above-entitled matter having come before the Court on the parties' Stipulated Motion for Determination of Preliminary Approval of the Proposed Settlement on the Papers (Doc. 19), and the Court having reviewed the pleadings filed herein and being otherwise fully advised in the premises, the Court hereby GRANTS the Stipulated Motion and ORDERS that:

1. The Court will make a determination of the Unopposed Motion for Preliminary Approval of Derivative Litigation Settlement and Plan of Notice, filed contemporaneously herewith, on the papers and without a hearing.

Dated March 15, 2012.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE